IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher R. Huth, | ) | Case No. 22-21055 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Document No. 18, 22, 23 |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDMENT, NOTICE OF MEETING OF CREDITORS AND SCHEDULING ORDER**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 13, 2022

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Greenix Pest Control
145 Lake Dr Ste 102R
Wexford, PA 15090

Midwest Shooting Center -N. Pittsburgh
First Credit Services, Inc.
9 Wills Way Bldg 3
Piscataway, NJ 08854-3770

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

June 13, 2022
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402