M&T BANK
475 Crosspoint Pkwy,
Getzville, NY 14068

UNITED STATES
BANKRUPTCY COURT
FOR THE 22-21055
Western District Pennsylvania
(Pittsburgh)

**NOTICE OF WITHDRAWAL**

In re: CHRISTOPHER R HUTH

CHAPTER 13
CASE NUMBER: 22-21055
TO: Clerk of the Court

Please withdraw claim number 1-2 in the amount of $11371.25 on behalf of Manufacturers and Traders Trust Company.

DATED: 11/01/2022

Manufacturers and Traders Trust Company

/s/ <Sarah Sepulveda Rios>