**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Christopher R. Huth |
|---|---|
| CASE NO. | 22-21055-GLT |
| RELATED TO DOCUMENT NO. | 38 & 41 – Withdrawals of Claim 1 |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Withdrawals of Claim that you submitted have been accepted for filing. However, these documents fail to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

A WITHDRAWAL OF CLAIM 1 WAS FILED ON 1/23/23 AT DOC. NO. 38. THE WITHDRAWAL LISTED THE AMOUNT OF THE CLAIM AS $30,892.74, WHICH WAS THE AMOUNT OF THE ORIGINAL CLAIM FILED ON 6/30/22. HOWEVER, AN AMENDED CLAIM WAS FILED ON 11/1/22, WHICH REDUCED THE AMOUNT OF THE CLAIM TO $11,371.25.
ANOTHER WITHDRAWAL OF CLAIM 1 WAS FILED ON 4/19/23 AT DOC. NO. 41, WHICH CORRECTED THE CLAIM AMOUNT TO $11,371.25 BUT CONTAINED OTHER ERRORS: (1) IT REFERS TO ONLY CLAIM 1-2 AND NOT CLAIM 1 IN GENERAL, IMPLYING THAT ONLY THE AMENDED CLAIM AT 1-2 IS BEING WITHDRAWN; (2) THE CREDITOR NAME IS LISTED IN THE BODY OF THE WITHDRAWAL AS "MANUFACTURERS AND TRADERS TRUST COMPANY" RATHER THAN "M&T BANK" AS IT ORIGINALLY APPEARED ON THE CLAIMS REGISTER; AND (3) THE WITHDRAWAL WAS DATED 11/1/22 BUT FILED ON 4/19/23.
DESPITE ORDERS BEING ENTERED REGARDING THE AFOREMENTIONED WITHDRAWALS, PER THE CHAPTER 13 TRUSTEE'S REQUEST, PLEASE FILE AN AMENDED WITHDRAWAL OF CLAIM 1 WITH THE CREDITOR'S NAME CORRECTED TO MATCH THE CLAIMS REGISTER EXACTLY, WITH THE DATE CORRECTED TO REFLECT A CURRENT FILING DATE, AND WITH THE CLAIM NUMBER CORRECTED SO THAT IT IS CLEAR WHETHER CLAIM 1 IN ITS ENTIRETY IS BEING WITHDRAWN.

You must file an Amended Withdrawal of Claim 1 within ten (10) days of the date of this notice.

|  |  |
|---|---|
| May 1, 2023 | By: /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21055-GLT |
| Christopher R. Huth | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 01, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, c/o Sarah Sepulveda Rios, 475 Crosspoint Pkwy, Getzville, NY 14068 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: camanagement@mtb.com | May 02 2023 07:58:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Christopher R. Huth chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 01, 2023 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6