5/18/23 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher M. Huth,                    )
                                               )  Case No. 22-21055 GLT
                                               )
                                               )  Chapter 13
                Debtor(s).                     )
                                               )  Related to Doc. No. 46
_____        X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by: Debtor

❏   a motion to lift stay
    as to creditor  _____

❏   Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 5/5/2022
❏ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $ 1,435.00 to $1,463.00 per month , effective 7/2023 ; and/or the Plan term shall be changed from ___ months to ____ months.

❏   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                                    -1-

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: The new post-petition monthly payment payable to Nationstar Mortgage LLC is effective July 1, 2023, per the escrow notice dated May 11, 2023. The new monthly mortgage payment payable to Nationstar Mortgage LLC is $1,059.79, beginning July 1, 2023.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 18th day of _____May_____, 2023

_____
Gregory L. Taddonio    jlm
Chief United States Bankruptcy Judge

Stipulated by:                                Stipulated by:

/s/ Christopher M. Frye                       /s/ James Warmbrodt
Counsel to Debtor                             Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]                                -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21055-GLT

Christopher R. Huth     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 18, 2023     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher R. Huth, 1410 Westfield Street, Pittsburgh, PA 15216-3745 |
| sp | + | Anthony Piccirilli, Pittsburgh Divorce & Family Law, LLC, 429 Fourth Avenue, Suite 1702, Pittsburgh, PA 15219-1500 |
| 15486916 | + | Federal Student Aid, PO Box 530210, Atlanta, GA 30353-0210 |
| 15489365 | + | Greenix Pest Control, 145 Lake Dr Ste 102R, Wexford, PA 15090-8473 |
| 15489366 | | Midwest Shooting Center -N. Pittsburgh, First Credit Services, Inc., 9 Wills Way Bldg 3, Piscataway, NJ 08854-3770 |
| 15486926 | | St. Claim Hospital, 1000 Bower Hill Road, Attn: Billing, Pittsburgh, PA 15243-1899 |
| 15486928 | + | Suntrust Bank/LightSteeam, 303 Peachtree Street Northeast, Atlanta, GA 30308-3245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 18 2023 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15495808 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 23:53:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15486912 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 23:53:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15486911 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 23:53:47 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15505248 | + | Email/Text: ebnjts@grblaw.com | May 18 2023 23:41:00 | City and School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15486917 | | Email/Text: rj@ffcc.com | May 18 2023 23:41:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15486918 | | Email/Text: rj@ffcc.com | May 18 2023 23:41:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15486920 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 18 2023 23:41:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15486919 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 18 2023 23:41:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15486915 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2023 23:53:55 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15486914 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2023 23:53:38 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15498604 | + | Email/Text: RASEBN@raslg.com | May 18 2023 23:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15486922 | | Email/Text: camanagement@mtb.com | May 18 2023 23:41:00 | M&T Credit Services, Attn: Bankruptcy, Po Box |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 844, Buffalo, NY 14240 |
| 15486921 | | Email/Text: camanagement@mtb.com | May 18 2023 23:41:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15494242 | + | Email/Text: camanagement@mtb.com | May 18 2023 23:41:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15486923 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 23:41:00 | Mr. Copper, 350 Highland, Houston, TX 77009-6623 |
| 15486924 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 23:41:00 | Mrc/united Wholesale M, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15505169 | | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 23:41:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15486913 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 23:41:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15497925 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 23:41:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15486925 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 23:41:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15486927 | + | Email/Text: bankruptcy@bbandt.com | May 18 2023 23:41:00 | Suntrust Bank, Attn: Bankruptcy, Mc Va-Rvw_6290 Pob 85092, Richmond, VA 23286-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | City and School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Christopher M. Frye | |

| | |
|---|---|
| | on behalf of Debtor Christopher R. Huth chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7