**Form COD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankruptcy Case No.: 22−21055−GLT
Chapter: 13

**Christopher R. Huth**

Debtor(s)

## ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: March 11, 2025  Gregory L Taddonio
United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher R. Huth  
    Debtor

Case No. 22-21055-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 11, 2025      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher R. Huth, 1410 Westfield Street, Pittsburgh, PA 15216-3745 |
| sp | + | Anthony Piccirilli, Pittsburgh Divorce & Family Law, LLC, 429 Fourth Avenue, Suite 1702, Pittsburgh, PA 15219-1500 |
| 15486916 | + | Federal Student Aid, PO Box 530210, Atlanta, GA 30353-0210 |
| 15489365 | + | Greenix Pest Control, 145 Lake Dr Ste 102R, Wexford, PA 15090-8473 |
| 15489366 | | Midwest Shooting Center -N. Pittsburgh, First Credit Services, Inc., 9 Wills Way Bldg 3, Piscataway, NJ 08854-3770 |
| 15486926 | | St. Claim Hospital, 1000 Bower Hill Road, Attn: Billing, Pittsburgh, PA 15243-1899 |
| 15486928 | + | Suntrust Bank/LightSteeam, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 12 2025 02:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15495808 | | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 01:08:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15486912 | + | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 01:32:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15486911 | + | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 01:43:50 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15486914 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 12 2025 01:08:40 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15486915 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 12 2025 02:33:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15505248 | + | Email/Text: ebnjts@grblaw.com | Mar 12 2025 02:30:00 | City and School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15486917 | | Email/Text: rj@ffcc.com | Mar 12 2025 02:30:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15486918 | | Email/Text: rj@ffcc.com | Mar 12 2025 02:30:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15486920 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 12 2025 02:30:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15486919 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 12 2025 02:30:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15498604 | + | Email/Text: RASEBN@raslg.com | Mar 12 2025 02:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15486922 | | Email/Text: camanagement@mtb.com | Mar 12 2025 02:30:00 | M&T Credit Services, Attn: Bankruptcy, Po Box |

Case 22-21055-GLT   Doc 55   Filed 03/13/25   Entered 03/14/25 00:30:05   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 844, Buffalo, NY 14240 |
| 15486921 | | Email/Text: camanagement@mtb.com | Mar 12 2025 02:30:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15494242 | + | Email/Text: camanagement@mtb.com | Mar 12 2025 02:30:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15486923 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 12 2025 02:30:00 | Mr. Copper, 350 Highland, Houston, TX 77009-6623 |
| 15486924 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 12 2025 02:30:00 | Mrc/united Wholesale M, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15505169 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 12 2025 02:30:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15486913 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2025 02:30:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15497925 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2025 02:30:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15486925 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2025 02:30:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15486927 | + | Email/Text: bankruptcy@bbandt.com | Mar 12 2025 02:30:00 | Suntrust Bank, Attn: Bankruptcy, Mc Va-Rvw_6290 Pob 85092, Richmond, VA 23286-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | City and School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 29 |

Christopher M. Frye
    on behalf of Debtor Christopher R. Huth chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8