IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christopher R. Huth, ) | Case No. 22-21055 GLT |
| Debtor(s) ) | Chapter 13 |
| ) | Related Document No. 60 |
| ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED APRIL 10, 2025

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 13, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

April 10, 2025
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-21055-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Apr 10 16:19:22 EDT 2025 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850-5369 | City and School District of Pittsburgh<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Christopher A. DeNardo<br>LOGS LEGAL GROUP LLP<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (p)BERNSTEIN BURKLEY PC<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 |
| Federal Student Aid<br>PO Box 530210<br>Atlanta, GA 30353-0210 | (p)FIRST FEDERAL CREDIT CONTROL  INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5630 | First National Bank<br>4140 E State St<br>Hermitage, PA 16148-3401 |
| First National Bank<br>Attn: Bankruptcy<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Greenix Pest Control<br>145 Lake Dr Ste 102R<br>Wexford, PA 15090-8473 |
| Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Christopher R. Huth<br>1410 Westfield Street<br>Pittsburgh, PA 15216-3745 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Midwest Shooting Center -N. Pittsburgh<br>First Credit Services, Inc.<br>9 Wills Way Bldg 3<br>Piscataway, NJ 08854-3770 | Mr. Copper<br>350 Highland<br>Houston, TX 77009-6623 | Mrc/united Wholesale M<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas, TX 75261-9098 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |

```
Pennsylvania Dept. of Revenue        Anthony Piccirilli                     St. Claim Hospital
Department 280946                    Pittsburgh Divorce & Family Law, LLC   1000 Bower Hill Road
P.O. Box 280946                      429 Fourth Avenue, Suite 1702          Attn: Billing
ATTN: BANKRUPTCY DIVISION            Pittsburgh, PA 15219-1500              Pittsburgh, PA 15243-1899
Harrisburg, PA 17128-0946


Suntrust Bank                        Suntrust Bank/LightSteeam              Ronda J. Winnecour
Attn: Bankruptcy                     303 Peachtree Street Northeast         Suite 3250, USX Tower
Mc Va-Rvw_6290 Pob 85092             Atlanta, GA 30308-3253                 600 Grant Street
Richmond, VA 23286-0001                                                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BBVA Compass                         Keri P. Ebeck                          First Federal Credit Control
Attn: Bankruptcy                     Bernstein-Burkley                      24700 Chagrin Blvd
P.O. Box 10566                       601 Grant Street, 9th Floor            Cleveland, OH 44122
Birmingham, AL 35296                 Pittsburgh, PA 15219


(d)First Federal Credit Control     M&T Credit Services                    (d)M&T Credit Services
Attn: Bankruptcy                     Attn: Bankruptcy                       Po Box 900
24700 Chagrin Blvd, Ste 205          Po Box 844                             Millsboro, DE 19966
Cleveland, OH 44122                  Buffalo, NY 14240


Nationstar Mortgage LLC              (d)PNC BANK N.A.                       (d)PNC Bank
P.O. Box 619096                      PO BOX 94982                           PO Box 94982
Dallas, TX 75261-9741                CLEVELAND, OH 44101                    Cleveland, OH 44101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)City and School District of Pittsburgh   (d)M&T Bank                    (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
GRB Law                                     PO Box 1508
c/o Jeffrey R. Hunt, Esquire                Buffalo, NY 14240-1508
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753


(u)Nationstar Mortgage LLC                  End of Label Matrix
                                            Mailable recipients    35
                                            Bypassed recipients     4
                                            Total                  39
```