IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher R. Huth, | ) | Bankruptcy No. 22-21055 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Christopher R. Huth, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the Movant, Christopher R. Huth, by and through his attorney, Christopher M. Frye and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. At the time of filing, the Movant had an address of 1410 Westfield Street, Pittsburgh, PA 15216.

2. The Movant has since moved and his new address is 375 Broughton Road, Bethel Park, PA 15102.

WHEREFORE, the Movant, Christopher R. Huth, respectfully files this Notice of Change of Address.

Respectfully submitted,

July 30, 2025
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Ave, Suite 322
Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402