IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  22-21055-GLT |
| | ) | Chapter 13 |
| Christopher R. Huth, | ) | Docket No.  71 |
| *Debtor(s)* | ) | |
| | ) | FILED |
| | ) | 4/28/26 3:23 pm |
| Christopher R. Huth, | ) | CLERK |
| *Movant(s)* | ) | U.S. BANKRUPTCY |
| | ) | COURT - WDPA |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

**CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED
VEHICLE**

AND NOW, to wit, this _____28th_____ day of ____April_____, 2026, it is
hereby ORDERED, ADJUDGED, and DECREED, that:

1.  The Debtor is approved to obtain a loan for no more than $30,000.00, with a monthly
    payment of no more than $600.00 and an interest rate of no more than 21% to be used to
    purchase a new or used motor vehicle or incur a new vehicle lease;

2.  The Debtor is in need of a reliable new or used vehicle;

3.  The vehicle must be purchased within 60 days of the date of this order;

4.  Within 15 days of the financing of the motor vehicle:

    a.  The Debtor will file a report of financing within 10 days after the vehicle has been
        purchased;

    b.  The Debtor shall file an amended Chapter 13 Plan, which includes the new
        vehicle loan, within 10 days after the vehicle has been purchased.

5.  To ensure the prompt and timely payment of the automobile loan, Debtor shall make a
    supplemental payment to the Chapter 13 trustee within 7 days of filing the report of
    financing (and each month thereafter as necessary) in an amount sufficient for the trustee
    to cover the installments due on the loan. The supplemental payments shall be in addition
    to the regular plan payment, pending confirmation of the amended plan.

Dated: 4/28/26

_____

Honorable Gregory L. Taddonio  hct
U.S. Bankruptcy Judge

/s/ Kate DeSimone_____          /s/ Christopher M. Frye_____
Counsel for the Chapter 13 Trustee          Christopher M. Frye, Esquire
                                            Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-21055-GLT

Christopher R. Huth                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID               Recipient Name and Address**
db                          +  Christopher R. Huth, 375 Broughton Road, Bethel Park, PA 15102-3924

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                              Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name**                               **Email Address**

Christopher M. Frye
                      on behalf of Debtor Christopher R. Huth chris.frye@steidl-steinberg.com
                      julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei
                      ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Heather Stacey Riloff
                      on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Jeffrey R. Hunt
                      on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
                      on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Mario J. Hanyon
                      on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
                      mario.hanyon@brockandscott.com

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 29, 2026                       Form ID: pdf900                               Total Noticed: 1

Matthew Fissel
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
                    wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 8